UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

In re:                                   )
                                         )   Case No. 15-21325
IGNACIO MENDIOLA,                        )   Chapter 13
                                         )
         Debtor.                         )

**DEBTORS' DECLARATION IN SUPPORT OF
MOTION TO CONTINUE THE AUTOMATIC STAY**

The debtors, Ignacio Mendiola, declare and state as follows:

1. The above-captioned case was filed on February 17, 2015.

2. On 11/12/12, I filed Chapter 13 Case No. 12-36237 in this district. This case was dismissed on 7/9/2014.

3. Over the course of my prior Chapter 13 case, I did not turn over one-half of my tax refunds as required by my plan. At the time, my attorney had told me that I was able to keep the refunds.

4. As of the date of the filing of the present Chapter 13 case, I made several significant changes in my personal and financial affairs. First, I have moved in with my daughter, eliminating my ~~mortgage~~ payment on my homestead property. Additionally, I have given back two vehicles that I was previously paying for. Both of these changes have contributed to a significant reduction in my monthly expenses.

5. Business has also been better and I have experienced an increase in my monthly income.

6. I am able to sustain the plan payments in the amount specified in my plan filed in this case and I believe the filing of this case will result in a plan that is confirmed by the court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 16, 2015.

Signature: /s/ Ignacio Mendiola
           Ignacio Mendiola

Drafted by:
Daniel T. Beasley
SBN 1092029
735 W Wisconsin Ave., Suite 720
Milwaukee, WI 53233
(414) 377-0515; Fax (414) 755-0860
dan@dela-law.com